**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PETER VIGUE,

    Plaintiff,

v.                                                              Case No. 3:19-cv-186-J-32JBT

DAVID B. SHOAR, in his official
Capacity as Sheriff of St. Johns County,

    Defendant.

---

**HONORABLE TIMOTHY J. CORRIGAN, United States District Judge**

Law Clerk: Taylor Mullaney                Court Reporter: Shannon Bishop

<u>Counsel for plaintiff</u>:                     <u>Counsel for defendant</u>:
Jodi Lynn Siegel                           Bruce R. Bogan
Kirsten Anderson                         Melissa Jean Sydow

---

**CLERK'S MINUTES**

<u>PROCEEDINGS</u>: ZOOM VIDEOCONFERENCE HEARING on Plaintiff Peter Vigue's Motion for Partial Summary Judgment and for Permanent Injunction (Doc. 59) and Defendant David B. Shoar's Motion for Summary Judgment (Doc. 60)

- Order to Enter.

DATE: <u>June 2, 2020</u>                                    TIME: <u>10:03 a.m. – 11:53 a.m.</u>