UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PETER VIGUE,
    Plaintiff,

v.                                    Case No.: 3:19-cv-00186-TJC-JBT

DAVID B. SHOAR, in his official
capacity as Sheriff of St. Johns County,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY

Pursuant to M.D. Local R. 3.01(i), Plaintiff Peter Vigue hereby notifies the Court of the following supplemental authority in support of his supplemental brief filed on November 25, 2020 (ECF 83): *Uzuegbunam v. Precewski*, No. 19-968, __ S. Ct. __, 2021 WL 850106 (Mar. 8, 2021). Relevant quotes from this legal authority are listed below to supplement Plaintiff's argument on nominal and compensatory damages (ECF 83, at 4-6):

Nominal damages are "the damages awarded by default until the plaintiff establishes entitlement to some other form of damages, such as compensatory or statutory damages." *Id*. at *6, *citing Memphis Cmty. Sch. Distr. v. Strachura*, 477 U.S. 299, 308 (1986).

1

Dated: March 11, 2021

Respectfully submitted,

/s/Kirsten Anderson
Kirsten Anderson, Fla. Bar No. 17179
TRIAL COUNSEL
Kirsten.anderson@southernlegal.org
Jodi Siegel, Fla. Bar No. 511617
Jodi.siegel@southernlegal.org
Southern Legal Counsel, Inc.
1229 NW 12th Avenue
Gainesville, FL 32601-4113
(352) 271-8890
Fax: (352) 271-8347
Tristia Bauman (Pro Hac Vice)
District of Columbia Bar No. 1016342
Tbauman@nlchp.org
National Homelessness Law Center
2000 M Street NW, Suite 210
Washington, DC 20036
(202) 638-2535 x. 102
Fax: (202) 628-2737
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by electronic notice generated through the CM/ECF service on March 11, 2021, on all counsel or parties of record.

/s/ Kirsten Anderson
ATTORNEYS FOR PLAINTIFFS